# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GOLDEN KRUST FRANCHISING, INC.,

                Petitioner,                      20 **CIVIL** 7321 (KMK)

       -against-                            **JUDGMENT**

ACTUS RESTAURANT GROUP, INC. *and*
KLAYROCK, LLC,

                Respondents.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 26, 2021, Petitioner's Petition to vacate the Arbitration Award is denied, and Respondents' Counter-Petition to confirm the Arbitration Award is granted; accordingly, this case is closed**.**

**Dated**: New York, New York
       October 26, 2021

                                                 **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                             **BY:**
                                                   **Deputy Clerk**